

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-22-2005

# NLRB v. DA Nolt Inc

Precedential or Non-Precedential: Precedential

Docket No. 04-2321

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"NLRB v. DA Nolt Inc" (2005). *2005 Decisions.* Paper 913.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/913

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 04-2321, 04-2681

———

NATIONAL LABOR RELATIONS BOARD

Petitioner/Cross-Respondent
v.

D.A. NOLT, INC.

Respondent/Cross-Petitioner

Argued: February 14, 2005

Before: SLOVITER, AMBRO and ALDISERT, <u>Circuit Judges</u>

(Filed: June 22, 2005)

———

ORDER SUR PETITION FOR PANEL REHEARING

The petition for panel rehearing is granted to the extent that an amended judgment
shall be entered.

<u>S/ Ruggero J. Aldisert</u>
Circuit Judge

DATED:  June 22, 2005
CMH/cc: DH, KDV, TCZ